UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMIE OWEN NIX,

        Plaintiff,                Case No. 1:23-cv-320

v.                                       Honorable Paul L. Maloney

DAN ABBOTT et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's Fourteenth Amendment due process claims premised upon his challenges to the various financial obligations imposed by Defendants at the Van Buren County Jail, as well as upon Plaintiff's delayed receipt of an indigent kit, are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that any claims seeking damages for prior periods of incarceration imposed after Plaintiff was convicted of an offense are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that any claims challenging the legality of Plaintiff's present detention are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert such claims in a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Dated: April 5, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge